1  Marty G. Baker, Esq. (AZ Bar No. 025278)
   Macie J. Hawkes, Esq. (AZ Bar No. 026012)
2  THE COOPER CASTLE LAW FIRM, LLP
   A Multi-Jurisdictional Law Firm
3  22601 North 19th Avenue, Suite 201
   Phoenix, Arizona 85027
4  (623) 582-1222
   File No.:  8261.30032
5

6  Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE
   TRUSTEE FOR NEW CENTURY ALTERNATIVE MORTGAGE LOAN TRUST 2006-ALT1;
7  Servicer:  AMERICA'S SERVICING COMPANY its successors and or assigns

8                    UNITED STATES BANKRUPTCY COURT

9                  DISTRICT OF ARIZONA - TUCSON DIVISION

10

11  IN RE:                                    | Case No.: 08-00529-EWH

12  ANTOINE SIMON AND                         | Chapter: 13
    VIVIAN SIMON
13                                            | **DECLARATION IN SUPPORT OF**
                                              | **MOTION FOR RELIEF FROM**
14                                            | **AUTOMATIC STAY**
                         DEBTORS.             | **(11 U.S.C. § 362 and Bankruptcy Rule**
15  _____   | **4001)**
    DEUTSCHE BANK NATIONAL TRUST
16  COMPANY, AS INDENTURE TRUSTEE
    FOR NEW CENTURY ALTERNATIVE
17  MORTGAGE LOAN TRUST 2006-ALT1;
    Servicer:  AMERICA'S SERVICING
18  COMPANY, its successors and or assigns

19            Movant,

20     v.

21  ANTOINE SIMON, VIVIAN SIMON,
    Debtors; and Dianne C. Kerns, Chapter 13
22  Trustee

23            Respondents.
    _____
24
    I, ___Teressa J. Williams_____, declare:
25

26          1.    I am employed as a Bankruptcy Specialist by America's Servicing

27  Company ("ASC"). In this capacity, I am one of the custodians of the books, records, files and

28  banking records of ASC, as those books, records, files and banking records pertain to the loans

and extensions of credit to Antoine Simon and Vivian Simon ("Debtors"). I have personally worked on said books, records, files and banking records and, as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from ASC's business records, which were made at or about the time of the events which were recorded, and which are maintained in the ordinary course of ASC's business.

2.     On or about May 3, 2006, Debtors, for valuable consideration, made, executed, and delivered a Note in the principal amount of $747,500.00 (the "Note"). Pursuant to the Note, Debtors are obligated to make monthly principal and interest payments commencing July 1, 2006, and continuing until June 1, 2036, when all outstanding amounts are due and payable. A true and correct copy of the Note is attached as exhibit "A" to the Motion for Relief from Stay and incorporated herein by reference.

3.     On or about May 3, 2006, Debtors made, executed, and delivered a Deed of Trust (the "Deed of Trust") granting a security interest in certain real property located at 4438 East Pinnacle Ridge Place, Tucson, AZ, 85718 (hereinafter "Real Property"), which is more fully described in the Deed of Trust. The Deed of Trust provides that attorney's fees and costs incurred as a result of the Debtors' bankruptcy case may be included in the outstanding balance under the Note. The Deed of Trust was recorded May 5, 2006, in the Official Records of Pima County, State of Arizona. A true and correct copy of the Deed of Trust is attached hereto as exhibit "B" to the Motion for Relief from Stay and incorporated herein by reference.

4.     The Note is currently owned by DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR NEW CENTURY ALTERNATIVE MORTGAGE LOAN TRUST 2006-ALT1. The Assignment of Deed of Trust was recorded January 13, 2009, in the Official Records of Pima County, State of Arizona. A true and correct copy of the Assignment of Deed of Trust is attached hereto as Exhibit "C" to the Motion for Relief from Stay and incorporated herein by reference.

7.     On or about _____5-8-06_____ ASC acquired the servicing rights to the
Note from DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE
TRUSTEE FOR NEW CENTURY ALTERNATIVE MORTGAGE LOAN TRUST 2006-ALT1,
and the Debtors were notified of the transfer of servicing rights in accordance with applicable
federal law. Due to the confidential information contained in the servicing agreement regarding
numerous other borrowers and loans, the servicing agreement should not be filed or made a part
of the record. ASC will provide a copy of the servicing agreement for viewing by the presiding
Judge if so requested.

      I declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct. Executed this _____19_____ date of _____January_____,
2009, at _____Fort Mill_____, _____S.C._____.

                                                    _____
                                                    Teressa J. Williams  Declarant
                                                    Assistant Secretary