# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ANTOINE & VIVIAN SIMON | | |
| **Case Number:** | 4:08-BK-00529-EWH | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, MAY 07, 2009 10:00 AM   COURTROOM 430 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | EUNICE STROUD | | |

## *Matters:*

1) STATUS HEARING ON THE LOAN MODIFICATION NEGOTIATIONS, AND STAY RELIEF RE DEUTSCHE BANK/AMERICA'S SERVICING COMPANY (CONT. FROM 3/27/09)
   **R / M #:**   77 / 0

2) STATUS HEARING ON THE LOAN MOFIIFICATION  NEGOTIATIONS, AND STAY RELIEF FILED BY MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR CITIMORTGAGE, INC. (CONT. FROM 3/27/09)
   **R / M #:**   78 / 0

## *Appearances:*

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE, Appearing by telephone
ERIC SLOCUM SPARKS, ATTORNEY FOR ANTOINE  SIMON, VIVIAN  SIMON
MARTY G BAKER, ATTORNEY FOR DEUTSCHE BANK NATIONAL TRUST CO, Appearing by telephone
LEONARD MCDONALD, ATTORNEY FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, Appearing by telephone

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## _Proceedings:_

Mr. Sparks states that the debtor has contacted Daniel Mendez at a free service that helps to complete the loan modification. Debtor was requested to make another monthly payment.   Mr. Sparks hands a wire transfer confirmation to the court.

Mr. Baker has no information regarding any new payments.  He is still showing the loan due for October 2008.  There is $9189.62 in suspense.  The monthly payment is approximately $5400.00.

Court asks who is receiving the payments.

Mr. Baker confirms that American Servicing Company should be receiving the payments.  He checked with his client prior to the hearing regarding payments.  He asks Mr. Sparks to send the payment confirmation to him.

Court confirms no payments are being made to Mr. McDonald's client.

Mr. Sparks confirms no payments have been made to Mr. McDonald's client.  He is going to send a letter authorizing the mortgage company to deal directly with the debtors.   He asks for a 30 day continuance.  He will fax a copy of the wire transfer down to Mr. Baker.

Mr. Baker states there is no foreclosure pending.

Mr. McDonald states no payments have been made whatsoever.   He thinks the debtor should pay both the first and second lienholder.  His client's payment is $1250.75 a month and there is no trustee sale set.

COURT:  IN THE NEXT FIVE BUSINESS DAYS THE DEBTOR  IS TO MAKE A PAYMENT FOR THE 1ST AND 2ND.  BY NEXT FRIDAY, DEBTOR'S COUNSEL IS TO UPLOAD A NOTICE CERTIFYING DEBTOR MADE THE PAYMENTS OR BOTH CREDITORS CAN UPLOAD ORDERS LIFTING THE STAY.  THE 10 DAYS ARE NOT WAIVED.

Mr. McDonald asks that the payments be made to counsel's office.

Mr. Sparks does not object.

Mr. Baker agrees.

 COURT:  IF THE PAYMENTS ARE MADE A BACKUP HEARING WILL BE ON TUESDAY, JUNE 9TH AT 10:00 A.M Creditor's counsel may appear by telephone.