# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ANTOINE & VIVIAN SIMON |
| **Case Number:** | 4:08-BK-00529-EWH  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 03, 2009 10:30 AM COURTROOM 206 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## Matters:

1) CONTINUED STATUS HEARING ON THE LOAN MODIFICATION NEGOTIATIONS AND CONTINUED FINAL HEARING ON STAY RELIEF RE DEUTSCHE BANK/AMERICA'S SERVICING COMPANY (CONT. FROM 3/27/09) (cont. from 5/7/09) (cont. from 6/9/09) (cont. from 7/29/09)
   **R / M #:** 77 / 0

2) CONTINUED HEARING ON CHAPTER 13 PLAN CONFIRMATION. (cont. from 7/29/09)
   **R / M #:** 105 / 0

## Appearances:

CRAIG MORRIS, ATTORNEY FOR DIANNE C. KERNS, TRUSTEE
ERIC SLOCUM SPARKS, ATTORNEY FOR ANTOINE SIMON, VIVIAN SIMON
MARTY G BAKER, ATTORNEY FOR DEUTSCHE BANK NATIONAL TRUST CO, Appearing by telephone

## Proceedings:

Mr. Sparks states they have uploaded evidence that the full payment was made in August. The debtor received notice that the modification had not been approved and then subsequently received a call from Carl Sharp from American Servicing that they had changed their minds.

COURT WILL ISSUE ORDER TO SHOW CAUSE TO AMERICAN SERVICING TO APPEAR AT THE NEXT HEARING AND EXPLAIN THE STATUS OF THE LOAN MODIFICATION. THE STAY WILL REMAIN IN EFFECT AND NO MORE ADEQUATE PROTECTION PAYMENTS WILL BE ORDERED. THE HEARING IS CONTINUED TO WEDNESDAY, OCTOBER 7, 2009 AT 1:30 P.M. (est. one hour.)

Mr. Baker confirms Deutsche Bank holds the note but American Servicing accepts the payment. American Servicing would be the appropriate party to report on a loan modification.

C=> J. Medina