Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623- 9157
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | 4:08-bk-00529-EWH |
| | ) | |
| ANTOINE SIMON and | ) | (Chapter 13) |
| VIVIAN SIMON, | ) | |
| | ) | |
| Debtors. | ) | **MOTION TO APPROVE LOAN** |
| | ) | **MODIFICATION** |
| | ) | |
| | ) | |

COMES NOW, Antoine Simon and Vivian Simon, Debtors in the above captioned Chapter 13 proceeding, by and through their counsel undersigned and move this Honorable Court for an Order authorizing the Debtors to enter into a loan modification agreement attached hereto as **EXHIBIT A** and made a part of.  In support thereof debtors allege as follows:

1.      This case commenced on January 18, 2008.

2.      The property at issue is the Debtors' principal residence located at 4438 E Pinnacle Ridge Place, Tucson, Arizona.

3.      This motion concerns the  mortgage payments to the primary lienholder, America's Servicing Company. .

4.      Debtors current mortgage obligation pursuant to the attached modification offer is at 6.875% interest, with a total monthly payment of $5,332.78 including principal, interest, taxes and insurance, and has a  maturity date of 06/01/36.

5.      America's Servicing Company has proposed to the debtors a modification involving a two part"Step Rate" agreement. *See* **EXHIBIT A**.  Under said

agreement, pursuant to "Step 1," effective December 1, 2009, Debtors interest rate would decrease to 4.0% resulting in a P&I payment of $3,275.36.  Pursuant to "Step 2," effective December 1, 2014, Debtors interest rate would then increase to 5.50% resulting in a new P&I payment of $4,808.58.

6. Debtors believe this loan modification is in their best interest, their creditors best interest and that of debtors' estate.

7. Debtors will be  requesting that the hearing on this matter be expedited.

WHEREFORE debtors respectfully move this Honorable Court for an Order approving the loan modification.

RESPECTFULLY SUBMITTED:    October 14, 2009.

LAW OFFICES OF
ERIC SLOCUM SPARKS, P.C.

/s/ Sparks AZ Bar # 11726
Eric Slocum Sparks
Attorney for Debtors

COPIES of the foregoing
mailed: October 14, 2009 to:

United States Trustee
P. O. Box 36170
Phoenix, AZ 85067

Dianne C. Kerns, Esq.
Chapter 13 Trustee
7320 N. LaCholla #154-413
Tucson, AZ 85741

Cristina Layana
Wells Fargo Home Mortgage
3476 Stateview Blvd.
Fort Mill, SC 29715

David E. McAllister, Esq.

```
1   Josephine E. Piranio, Esq.
    PITE DUNCAN, LLP
2   4375 Jutland Drive
    Suite 200
3   San Diego, CA 92117
    Attorneys for GMAC Mortgage, LLC
4
    Mark S. Bosco, Esq.
5   Leonard . McDonald, Esq.
    TIFFANY & BOSCO, P.A.
6   2525 East Camelback Road
    Suite 300
7   Phoenix, AZ 85016
    Attorneys for Bank of New York Mellon, fka The Bank of New York as
8           Successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Structured
            Asset Mortgage Investments II, Inc.; Bear Stearns ALT-A Trust 2005-10;
9           Mortgage Pass-Through Certificates, Series 2005-10, and
            Wells Fargo Bank, N.A.
10
    Hilary B. Bonial
11  Brice, Vander Linden & Wernick, P.C.
    Attorneys for:
12  CitiMortgage, Inc.
    1000 Technology Drive
13  O Fallon, Missouri 63368
14  Kevin Hahn
    Malcom Cisneros
15  A Law Corporation
    2112 Business Center Drive
16  Irvine, CA 92612
17  Marty G. Baker
    The COOPER CASTLE LAW FIRM, LLP
18  A Multi-Jurisdictional Law Firm
    22601 North 19th Avenue, Suite 201
19  Phoenix, AZ 85027
    Attorney/s for:
20  Americas Servicing Company
21
22  /s/ K. Horak
23
24
25
26
27
28
                                    3
```

# EXHIBIT A





AMERICA'S SERVICING COMPANY

DATE 09/28/2009

**ERIC SLOCUM SPARKS**
**110 S CHURCH AVE STE 2270**
**TUCSON AZ 85701**

NAME:  VIVIAN SIMON
CASE:  08-00529
LOAN #   1335001145

Dear Sir or Madam:

WFHM previously obtained consent from your office to discuss workout options with the above referenced mortgagor(s). This letter is to advise that ASC is able to offer the mortgagors a plan that we hope is feasible and agreeable to both parties.

THE PROPOSED MODIFICATION WOULD CONSIST OF THE FOLLOWING CHANGES:

### Step Rate Agreement

| CURRENT TERMS | | Proposed Modified Terms | |
|---|---|---|---|
| Current UPB | $734,571.44 | Post Modification UPB | $ 783,694.70 |
| Current Maturity Date | 06/01/2036 | Post Modification Maturity Date | 11/01/2049 |
| Current Term (in months) | 319 | Post Modification Term (in months) | 480 |
| Current Payment Due Date | 02/01/2009 | Post Modification Due Date | 12/01/2009 |
| Current P & I | $4577.49 | Post Modification P & I | $3,275.36 |
| Current Payment Amount | $5,332.78 | Estimated Post Modification Payment Amount | $4,041.88 |
| Amount Capitalized | $49,123.26 | Contribution Required | $4,125.72 |
| Current Interest Rate | 6.875% | Post Modification Interest Rate | Step rate outlined below |

### Step Rate Terms and Agreement:

| | Interest Rate | Effective Date | P&I Payment |
|---|---|---|---|
| Step 1 | 4.00% | 12/01/2009 | $3,275.36 |
| Step 2 | 5.50% | 12/01/2014 | $4,808.58 |

Please review the proposal with your client. If the terms meet your approval as, in the best interest of your client, **proceed by filing a petition with the bankruptcy court to gain their consent to modify the first mortgage.** When written consent is obtained it should be forwarded to my attention. <u>Once received, we will generate the loan documents to you for original signatures</u>. ASC will then withdraw any proof of claim in this case and process, the modification as noted.

If the case has already closed, forward our office a copy of the release.  If the terms are not satisfactory to you, please contact us and we will close the file with no further actions.

### <u>THE APPROVAL IS CONTINGENT ON COURT CONSENT OR RELEASE OF THE CASE</u>.

*With regards to a chapter 7 bankruptcy, due to the variance in requirements from district to district, WFHM does not have a standard reaffirmation agreement to extend. If your client intends to reaffirm, please provide us with your district specific agreement. We will complete the required entries and return to your office for the required undue hardship analysis and filing with the respective court.*

Please call the number listed below, should you have any questions
I thank you for your time and support in this case.

SINCERELY,

Carla Sharpe

Cc: VIVIAN SIMON