# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ANTOINE & VIVIAN SIMON |
| **Case Number:** | 4:08-BK-00529-EWH  **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 07, 2009 01:30 PM  COURTROOM 430 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | EUNICE STROUD |

## *Matter:*

CONTINUED STATUS HEARING ON THE LOAN MODIFICATION NEGOTIATIONS AND CONTINUED FINAL HEARING ON STAY RELIEF RE DEUTSCHE BANK/AMERICA'S SERVICING COMPANY (CONT. FROM 3/27/09) (cont. from 5/7/09) (cont. from 6/9/09) (cont. from 7/29/09) (cont. from 9/3/09)

**R / M #:** 77 / 0

## *Appearances:*

CRAIG MORRIS, DIANNE C. KERNS, TRUSTEE
ERIC SLOCUM SPARKS, ATTORNEY FOR ANTOINE SIMON, VIVIAN SIMON
MARTY G BAKER, ATTORNEY FOR DEUTSCHE BANK NATIONAL TRUST CO, Appearing by telephone

## *Proceedings:*

Mr. Baker confirms that a modification has been sent to Mr. Sparks. A stipulation has been circulated containing the terms of the specific modification and their position is that it should resolve the motion.

Mr. Sparks responds that Daniel Mendez, the person assigned by Ramona Ball, was not clear if payments included taxes and insurance and if at the end of the modification term this went back to a regular amortized loan. He is going to go back to Mr. Baker to see if he can get answers. Mr. Sparks hands a copy of the documentation to the court.

The court reviews the terms of the modification with counsel.

Mr. Sparks confirms his clients have the $4125.72 they need to contribute.

Court wants Mr. Baker to confirm that escrow will include taxes and insurance and will require there be some notice of change in amounts being withheld for escrow. Notice to comply with applicable Federal Law or debtors to receive 30 day written notice.

Mr. and Mrs. Simon confirm that they are able to make the payments.

COURT WILL AWAIT THE MODIFICATION TO BE FILED AND SET FOR HEARING.